■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN NUNEZ, Appellant. [26 NYS3d 694]—

Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered July 8, 2013, convicting defendant, after a jury trial, of criminal possession of a weapon in the second degree, and sentencing him, as a second violent felony offender, to a term of 10 years, unanimously affirmed.

The court properly denied defendant's suppression motion.

Even if the police actions in seeking to stop defendant were initially unlawful, any illegality was attenuated by defendant's independent, calculated acts of picking up the pistol he had dropped in his flight, aiming it at one of the officers and firing two shots (*see People v Townes*, 41 NY2d 97, 101-102 [1976]; *People v Cameron*, 209 AD2d 159 [1st Dept 1994], *appeal withdrawn* 85 NY2d 936 [1995]).

We perceive no basis for reducing the sentence. Concur— Friedman, J.P., Andrias, Saxe and Kapnick, JJ.